UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-60296-CIV-Lenard/Garber

ZAKI KULAIBEE ESTABLISHMENT,

 Plaintiff,

v.

HENRY H. McFLIKER, etc., *et al.*,

 Defendants.

_____/

## ORDER

THIS CAUSE is before the Court for consideration of the Stipulation for Inventorying Plaintiff's Consigned Goods [DE 322]. Upon due consideration of same and the Court being advised in the premises, it is hereby

ORDERED that said Stipulation is approved and adopted by the Court and incorporated herein as though set out *in haec verba*. The parties shall strictly comply with all terms and conditions of said Stipulation.

DONE AND ORDERED in Chambers at Miami, Florida this 27th day of July, 2010.

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE