UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-60296-CIV-Lenard/Garber

ZAKI KULAIBEE ESTABLISHMENT,

    Plaintiff,

v.

HENRY H. MCFLIKER, etc., *et al.*,

    Defendants.
_____/

## **ORDER**

THIS CAUSE is before the Court on the Unopposed Motion to Withdraw by Counsel for Plaintiff Zaki Kulaibee Establishment [DE 330]. In said Motion, the movant seeks 60 days within which to obtain new counsel for the plaintiff, which time is objected to by the defendants. However, subsequent to the filing of said Motion the parties executed and filed a Stipulation Re: Substitution of Counsel for Plaintiff [DE 350] in which new counsel for the plaintiff files an appearance, said new counsel being Mattlin & Wyman, PL. Accordingly, and upon due consideration, it is hereby

ORDERED as follows:

1. The Stipulation Re: Substitution of Counsel for Plaintiff is hereby RATIFIED and ADOPTED by the Court; Mattlin & Wyman, PL are noted as new counsel for the plaintiff.

2. Plaintiff's Unopposed Motion to Withdraw by Counsel for Plaintiff is DENIED AS MOOT in view of the stipulation of the parties.

DONE AND ORDERED in Chambers at Miami, Florida this 15th day of September, 2010.

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE