UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-60296-CIV-Lenard/Garber

ZAKI KULAIBEE ESTABLISHMENT,

      Plaintiff,

v.

HENRY H. MCFLIKER, etc., *et al.*,

      Defendants.

_____/

**ORDER**

THIS CAUSE is before the Court on the defendants' Objection to Subpoena and Motion for Protective Order [DE 318], Ruden McClosky's Objection to Subpoena and Motion for Protective Order [DE 325], and Unopposed Motion for Enlargement of Time [DE 248]. Upon due consideration of same, it is hereby

ORDERED that a hearing shall be held on said Motions on Friday, September 24, 2010, at 10:00 A.M. in Courtroom 4, Tenth Floor, James Lawrence King Federal Justice Building, 99 N.E. 4th Street, Miami, Florida 33132.

DONE AND ORDERED in Chambers at Miami, Florida this 20th day of September, 2010.

*Barry L. Garber*

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE