UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60296-CIV-COOKE/GARBER

ZAKI KULAIBEE ESTABLISHMENT,

    Plaintiff,

v.

HENRY H. MCFLIKER, et al.,

    Defendants.

_____/

## AMENDED ORDER

THIS CAUSE is before the Court by Order of Reference of U.S. District Judge Marcia C. Cooke. Pursuant to such reference, the Court has received plaintiff Zaki Kulaibee Establishment's Motion for Enlargement of Time [DE 336]; defendant Henry H. McFliker, et al.'s Objection to Subpoena and Motion for Protective Order [DE 318]; non-party Ruden McClosky P.A.'s Objection to Subpoena and Motion for Protective Order [DE 325]; and the concomitant responses and replies. Upon due consideration, it is hereby

**ORDERED that a hearing on said Motions will be held on Friday, the 24th day of September, 2010 at 10:00 A.M. in the James Lawrence King Federal Justice Building, Courtroom 4, Tenth Floor, 99 N.E. 4th Street, Miami, Florida 33132.** The Motion for Enlargement of Time will be heard first, followed by a hearing on the other two motions. The hearing previously scheduled for September 22, 2010 at 2 pm is hereby rescheduled and the Order [DE 357] setting the hearing on the subpoenas is hereby AMENDED to include the Motion for Enlargement of Time.

DONE AND ORDERED in Chambers at Miami, Florida this 21st day of September, 2010.

*[signature: Barry L. Garber]*

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE